ATLAS FENCE COMPANY et al., complainants,

*v.*

WEST RIDGELAWN CEMETERY, defendant.

[Decided October 10th, 1940.]

*Mr. Ernest Kurzrok, pro se.*

*Mr. Louis A. Fast* and *Mr. David T. Wilentz,* for the defendant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons expressed in the opinion filed in the Court of Chancery by Vice-Chancellor Kays.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.